Date: 11/18/2016   Judge: JOHN F. ANDERSON
Reporter: FTR

Start: 10:24AM
Finish: 11:30AM

Civil Action Number: 1-16-cv-293-TSE-JFA

FireClean LLC

vs.

George Fennell et al.


Appearances of Counsel for ( ✓ ) Pltf ( ✓ ) Deft
(  ) Matter is uncontested
Motion to/for:
[212] PLAINTIFF FIRECLEAN, LLC'S, MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
[215] DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER ON DEFENDANT'S FIRST MOTION TO COMPEL
[237] MOTION TO QUASH PLAINTIFF'S SUBPOENA DUCES TECUM ISSUED TO THE UNIVERSITY OF PITTSBURGH REGISTRAR
[249] MOTION TO QUASH PLAINTIFF'S SUBPOENA DUCES TECUM ISSUED TO AMAZON.COM
[253] PLAINTIFF'S MOTION TO QUASH DEFENDANTS' SUBPOENA DUCES TECUM TO SUPPLIER R.D.
[262] PLAINTIFF'S SECOND MOTION FOR EMERGENCY RELIEF
Argued &
(  ) Granted (  ) Denied (  ) Granted in part/Denied in part
(  ) Taken Under Advisement (  ) Continued to

[212] - granted.      [249] denied
[215] - denied        [253] denied.
[237] - denied as moot   [262] taken under advisement

(  ) Report and Recommendation to Follow
(✓) Orders to Follow