IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FIRECLEAN LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:16cv0293 (TSE/JFA) |
| GEORGE FENNELL, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the court on defendants' motion for leave to file video of George Fennell's November 11, 2016 deposition with the court as an exhibit to defendants' brief to be filed on November 22, 2016. (Docket no. 296). In this motion the defendants seek leave to file a three hour video of the Fennell deposition with the court so the court can "independently evaluate the defendant." As an initial matter, the court has already read the transcript of the Fennell deposition taken on November 11, 2016 in preparation for the hearing on November 18, 2016. Defendants now request that the court watch a three hour video of the same deposition because "the transcript does not adequately provide the full picture of what occurred at the deposition and the state of Mr. Fennell's health." (Docket no. 297, p. 2). Given that the undersigned is not a medical professional and would not be able to evaluate the health of Mr. Fennell by spending three hours watching the deposition and that the defendants have failed to make any specific showing as to how the transcript does not accurately reflect what occurred during the deposition, it is hereby

ORDERED that defendants' motion for leave to file video of George Fennell's November 11, 2016 deposition with the court as an exhibit to defendants' brief to be filed on November 22, 2016 is denied.

Entered this 29th day of November, 2016.

_____/s/_____<br>
John F. Anderson<br>
United States Magistrate Judge

Alexandria, Virginia