IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FIRECLEAN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:16cv0293 (TSE/JFA) |
| | ) |
| GEORGE FENNELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the court on plaintiff's motion to file under seal certain portions of its reply in support of motion to strike defendants' expert Lori Streit along with exhibits 1 and 2. (Docket no. 453). The motion to seal was filed on February 13, 2017, along with a notice of filing under seal (Docket no. 454). The memorandum in support of the motion to seal (Docket no. 456) states that the materials are being filed under seal because they relate to the formulation of the FireClean product, to a supplier of a raw material, and to the testing of its product.

As to the redactions made to the reply, the information sought to be sealed in now in the public record (Docket no. 468) and portions of that information have been in the public record for months based on previous rulings by the court involving the credit card statements. As to exhibits 1 and 2, plaintiff has filed 26 pages of David Sugg's deposition transcript under seal and 21 pages of Edward Sugg's deposition transcript under seal. No effort was made by the plaintiff to redact only those portions of the transcripts that they believe may contain sensitive information as required by Local Civil Rule 5(C). A review of those transcripts reveals that much, if not all, of the testimony could not be considered confidential, proprietary information and it is clear that none of that testimony would be subject to sealing during the upcoming trial of

this case. For these reasons, the motion to seal is denied and plaintiff shall file an unredacted version of the reply along with exhibits 1 and 2 in the public record.

Entered this 23rd day of February, 2017.

                                          /s/
                                    John F. Anderson
                                    United States Magistrate Judge

Alexandria, Virginia

/s/
John F. Anderson
United States Magistrate Judge