IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FIRECLEAN, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:16-cv-293-TSE-JFA |
| GEORGE FENNELL and STEEL SHIELD TECHNOLOGIES, INC., | ) |
| Defendants. | ) |

## ORDER

The matter is before the Court on the parties' agreement that this matter be dismissed with prejudice as resolved pursuant to Rule 41 (a); accordingly it is hereby

ORDERED that this matter is Dismissed with prejudice; and it is further

ORDERED that each party shall bear its or his own attorney's fees and costs.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia

Date: 3/30/17

/s/
T. S. Ellis, III
United States District Judge